**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re: JERRY DEVITT　　　　　　　　　　　§
　　　　DOROTHY DEVITT　　　　　　　　§　　Case No.: 10-41371
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　Debtor(s)　　　　　　　　　　　　§

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/15/2010.

2) This case was confirmed on 11/18/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/17/2011, 06/16/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/28/2011.

5) The case was converted on 02/23/2012.

6) Number of months from filing to the last payment: 17

7) Number of months case was pending: 18

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 14,910.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 9,401.16 |
| Less amount refunded to debtor | $ | 384.92 |
| **NET RECEIPTS** | $ | 9,016.24 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,653.62 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 543.26 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,196.88 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NCO PORTFOLIO MGMT | UNSECURED | 1,585.00 | 741.42 | 741.42 | .00 | .00 |
| NCO PORTFOLIO MGMT | UNSECURED | 1,846.00 | 928.41 | 928.41 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 430.48 | 430.48 | .00 | .00 |
| PALISADES | UNSECURED | 1,099.00 | 1,703.27 | 1,703.27 | .00 | .00 |
| HERITAGE ACCEPTANCE | SECURED | 6,060.00 | 4,182.12 | 4,060.00 | 568.98 | 219.88 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,062.00 | 1,134.36 | 1,134.36 | .00 | .00 |
| HERITAGE ACCEPTANCE | SECURED | 4,710.00 | 7,370.79 | 4,675.00 | 532.15 | 256.62 |
| CITY OF CHICAGO DEPT | UNSECURED | 232.00 | 231.80 | 231.80 | .00 | .00 |
| HERITAGE ACCEPTANCE | UNSECURED | 2,792.00 | .00 | 2,695.79 | .00 | .00 |
| HERITAGE ACCEPTANCE | UNSECURED | 389.00 | .00 | 122.12 | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | 617.00 | NA | NA | .00 | .00 |
| AT&T MOBILITY | UNSECURED | 570.00 | NA | NA | .00 | .00 |
| MCI | UNSECURED | 241.00 | NA | NA | .00 | .00 |
| Z TEL COMMUNICATIONS | UNSECURED | 27.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 412.00 | NA | NA | .00 | .00 |
| AMERICAN HONDA FINAN | UNSECURED | 11,916.00 | 11,916.56 | 11,916.56 | .00 | .00 |
| K MART | UNSECURED | 102.00 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | 1,514.00 | 1,514.97 | 1,514.97 | .00 | .00 |
| APPLIED BANK | UNSECURED | 1,266.00 | NA | NA | .00 | .00 |
| AT&T CREDIT MANAGEME | UNSECURED | 23.00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 353.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 104.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,939.00 | 2,004.33 | 2,004.33 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 1,679.00 | 1,679.04 | 1,679.04 | .00 | .00 |
| CASHLAND FINANCIAL S | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| WELLGROUP HEALTH PAR | UNSECURED | 431.00 | 1,472.73 | 1,472.73 | .00 | .00 |
| WELLGROUP HEALTH PAR | UNSECURED | 136.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO HEIG | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 553.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 163.00 | NA | NA | .00 | .00 |
| COMCAST/CHICAGO | UNSECURED | 385.00 | NA | NA | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | 164.00 | NA | NA | .00 | .00 |
| ECHO | UNSECURED | 428.00 | NA | NA | .00 | .00 |
| ECHO | UNSECURED | 346.00 | NA | NA | .00 | .00 |
| ECHO | UNSECURED | 229.00 | NA | NA | .00 | .00 |
| ECHO | UNSECURED | 221.00 | NA | NA | .00 | .00 |
| ASSOC ST JAMES RADIO | UNSECURED | 199.00 | NA | NA | .00 | .00 |
| ASSOC ST JAMES RADIO | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | 481.00 | NA | NA | .00 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | 237.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,968.00 | 1,968.14 | 1,968.14 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,210.00 | 1,209.67 | 1,209.67 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 418.69 | 418.69 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 474.00 | 474.37 | 474.37 | .00 | .00 |
| KAHUNA PAYMENT SOLUT | UNSECURED | 644.00 | NA | NA | .00 | .00 |
| DVRA BILLING | UNSECURED | 599.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | .00 | 510.00 | 510.00 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | .00 | 287.22 | 287.22 | .00 | .00 |
| GENERAL CREDIT SERVI | UNSECURED | 200.00 | 400.00 | 400.00 | .00 | .00 |
| WIRELESS RETAIL | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| COMED | UNSECURED | 647.00 | NA | NA | .00 | .00 |
| HOME OWNER SECURITY | UNSECURED | 2,955.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC TAX | UNSECURED | .00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 4,318.00 | 4,034.80 | 4,034.80 | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | 597.00 | NA | NA | .00 | .00 |
| CHARLES MCCATHY | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 245.00 | 244.84 | 244.84 | .00 | .00 |
| MERCURY FINANCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| MERCURY FINANCE COMP | UNSECURED | .00 | NA | NA | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1,108.00 | NA | NA | .00 | .00 |
| PROVIDIAN BANK | UNSECURED | 1,014.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO HEIG | UNSECURED | .00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 731.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 685.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 513.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ST JAMES HOSPITAL | UNSECURED | 453.00 | NA | NA | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | 185.00 | NA | NA | .00 | .00 |
| SAGE TELECOM INC | UNSECURED | 166.00 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 324.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 224.00 | NA | NA | .00 | .00 |
| VILLAGE OF S CHICAGO | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF S CHICAGO | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF S CHICAGO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF S CHICAGO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF S CHICAGO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF S CHICAGO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF S CHICAGO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF S CHICAGO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF S CHICAGO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF S CHICAGO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF S CHICAGO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| RWDS660 DSB | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| SUN CASH | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| INDEPENDENCE RECEIVA | UNSECURED | 357.00 | 356.55 | 356.55 | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 1,216.00 | NA | NA | .00 | .00 |
| TOTAL CARD | UNSECURED | 324.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 252.80 | 252.80 | .00 | .00 |
| CHANG & CARLIN | PRIORITY | NA | .00 | 145.50 | 145.50 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | 1,152.00 | 1,152.00 | .00 | .00 |
| ETC CUSTODIAN FBO LA | SECURED | NA | 17,250.36 | 17,250.36 | 2,468.15 | 1,628.08 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 8,735.00 | 1,101.13 | 476.50 |
| All Other Secured | 17,250.36 | 2,468.15 | 1,628.08 |
| **TOTAL SECURED:** | 25,985.36 | 3,569.28 | 2,104.58 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,297.50 | 145.50 | .00 |
| **TOTAL PRIORITY:** | 1,297.50 | 145.50 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 36,732.36 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,196.88 |
| Disbursements to Creditors | $ | 5,819.36 |
| **TOTAL DISBURSEMENTS:** | $ | 9,016.24 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   03/21/2012                                    /s/ Tom Vaughn
                                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**